**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Addie Jackson<br>    fka Addie Shelton<br>    fka Addie ` Shelton-Jones<br><br>                   Debtor | CHAPTER 13<br><br>BKY. NO. 18-24546 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Global Lending Services, LLC and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/James C. Warmbrodt, Esquire**
                                      James C. Warmbrodt, Esquire
                                      Attorney I.D. No. 42524
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      jwarmbrodt@kmllawgroup.com