**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Addie Jackson**
**fka Addie Shelton, fka Addie ` Shelton–Jones**
   Debtor(s)

Bankruptcy Case No.: 18–24546–JAD
Issued Per June 13, 2019 Proceeding
Chapter: 13
Docket No.: 33 – 12, 24
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  *PLAN CONFIRMATION:*

     IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 5, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $866 as of June 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Luther Sales at Claim No. 2; Nationwide Recreation at Claim No. 6; Global Lending Services at Claim No. 7; Purchasing Power LLC at Claim No. 8; County of Allegheny at Claim No. 10 .

☑  H.    Additional Terms: G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Municipality of Penn Hills at Claim No. 11

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.         Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.         Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.         Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.         Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.         Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  ***IT IS FURTHER ORDERED THAT:***


**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.




                                                        Jeffery A. Deller
Dated: June 17, 2019                                    United States Bankruptcy Judge


cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-24546-JAD
Addie Jackson                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Jun 17, 2019
                              Form ID: 149            Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
```
db              +Addie Jackson,    132 Lisa Drive,    Verona, PA 15147-1539
cr              +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
14962493        +Comcast,    300 Corliss Street,    Pittsburgh, PA 15220-4864
14999826        +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14953278        +County of Allegheny c/o Goerig Rutter,    437 Grant Street 14th Floor,
                 Pittsburgh, PA 15219-6101
14953279        +County of Allegheny/John Weinstein,    John Weinstein Allegheny CountyTreasurer,
                 P.O. Box 643385,    Pittsburgh, PA 15264-3385
14962497        +Global Lending,    P.O.BOX 3367,    Greenville, SC 29602-3367
14953281        +Jordan Tax Service, Inc.,    P.O. Box 200,    Bethel Park, PA 15102-0200
15004567        +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14962499        +Keystone Collections Group,    P.O. Box 499,    Irwin, PA 15642-0499
14962500        +Luther Sales,    129 Oser Avenue,    Hauppauge, NY 11788-3813
14953282        +Maiello,Brungo & Maiello LLP,    Foxpointe 11,    100 Purity Road,    Ste 3,
                 Pittsburgh, PA 15235-4441
14962502        +Nationwide Recreation,    P.O. Box 1028,    Mandeville, LA 70470-1028
14975661        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14953283        +Progessive Auto,    P.O. Box 7247,    Philadelphia, PA 19170-0001
14977176         UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2019 03:19:54      Jefferson Capital Systems,
                 PO Box 7999,    St Cloud, MN  5632-9617
14983011         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 03:23:25      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14985802         E-mail/Text: bankruptcy@glsllc.com Jun 18 2019 03:18:41      Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14986176         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2019 03:19:54      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14985914        +E-mail/Text: bankruptcy@purchasingpower.com Jun 18 2019 03:20:02      Purchasing Power, LLC,
                 Bankruptcy Dept.,    1349 W. Peachtree St. NW,    Suite 1100,    Atlanta, GA 30309-2956
14983959         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2019 03:24:09      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                  TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Global Lending Services, LLC
14953280         Discount Pools Direct,    5066 S. Amherst Highway,    Suite 120,    VA 24512
14962496         Discount Pools Direct,    5066 S. Amherst Highway,    Suite 120,    VA 24512
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14962494*       +County of Allegheny c/o Goerig Rutter,    437 Grant Street 14th Floor,
                 Pittsburgh, PA 15219-6101
14962495*       +County of Allegheny/John Weinstein,    John Weinstein Allegheny CountyTreasurer,
                 P.O. Box 643385,    Pittsburgh, PA 15264-3385
14962498*       +Jordan Tax Service, Inc.,    P.O. Box 200,    Bethel Park, PA 15102-0200
14962501*       +Maiello,Brungo & Maiello LLP,    Foxpointe 11,    100 Purity Road,    Ste 3,
                 Pittsburgh, PA 15235-4441
14962503*       +Progessive Auto,    P.O. Box 7247,    Philadelphia, PA 19170-0001
                                                                      TOTALS: 3, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                    Signature:  /s/Joseph Speetjens

District/off: 0315-2        User: jhel              Page 2 of 2            Date Rcvd: Jun 17, 2019
                           Form ID: 149             Total Noticed: 22

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
        Franklin L. Robinson, Jr.    on behalf of Debtor Addie  Jackson frobi69704@aol.com,
     flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
        James  Warmbrodt    on behalf of Creditor   Global Lending Services, LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
     cnoroski@grblaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                           TOTAL: 6