IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | |
|---|---|
| IN RE:<br>Addie P. Jackson,<br>    Debtor,<br><br>Addie P. Jackson,<br>    Movant,<br><br>vs.<br>Comcast, County of Allegheny c/o Goerig Rutter, County of Allegheny/John Weinstein, Discount Pools Direct, Global Lending, Jordan Tax Service, Inc., Keystone Collections Group, Maiello, Brungo & Maiello LLP, Nationwide Recreation, Progessive Auto, Ronda J. Winnecour, Trustee,<br>    Respondents. | Bankruptcy No. 18-24546-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 40 |

### ORDER OF COURT

AND NOW, on this ___13th___ day of ___February___, 2020 upon consideration of the Debtor's Motion to Approve the Debtor to Obtain New Financing to Purchase a Motor Vehicle. It is hereby ADJUDGED, DECREED and ORDERED that the Debtors Motion is GRANTED. The Debtor is approved to obtain a vehicle loan not exceeding $15,500.00 with a payment not more than $400.00 per month. The vehicle must be purchased within 60 days of this Order. The Debtor shall file an amended Chapter 13 Plan, which includes the new vehicle loan within 20 days after vehicle has been purchased. The Debtor shall also file a report of financing within 20 days of the purchase of the vehicle.

BY THE COURT,

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
  Addie Jackson
  Franklin L. Robinson, Esquire
  Ronda J. Winnecour, Esquire

FILED
2/13/20 8:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-24546-JAD
Addie Jackson                                                       Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin               Page 1 of 1              Date Rcvd: Feb 13, 2020
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db             +Addie Jackson,    132 Lisa Drive,   Verona, PA 15147-1539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              Franklin L. Robinson, Jr.    on behalf of Debtor Addie  Jackson frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6