

September, 2020

UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

RE: LUTHER APPLIANCE & FURNITURE SALES ADDRESS CHANGE

| DEBTOR(S) | CASE # | CLAIM # |
|---|---|---|
| Addie Jackson | 18-24546 | 9 |

Dear Clerk of the Court,

Please be advised that Luther Appliance & Furniture Sales has relocated.

Old Address:    129 Oser Avenue, Hauppauge, NY 11788

**New Address:   99 Sunnyside Blvd., Suite 101, Woodbury, NY 11797**

Thank you for your attention in this matter.

Sincerely,

*Michael Morolla*

Legal Director
LUTHER APPLIANCE & FURNITURE SALES LEGAL DEPARTMENT

RECEIVED 2020 OCT -1 P 4:22 CLERK U.S. BANKRUPTCY COURT PITTSBURGH