FILED
10/22/20 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Addie P. Jackson,<br>    Debtor,<br><br>Addie P. Jackson,<br>    Movant,<br><br>vs.<br>Comcast, County of Allegheny c/o Goerig Rutter, County of Allegheny/John Weinstein, Discount Pools Direct, Global Lending, Jordan Tax Service, Inc., Keystone Collections Group, Maiello, Brungo & Maiello LLP, Nationwide Recreation, Progessive Auto, Ronda J. Winnecour, Trustee,<br>    Respondents. | **DEFAULT O/E JAD**<br><br>Bankruptcy No. 18-24546-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 47 |

### ORDER OF COURT

AND NOW, to wit, this <u>22nd</u> day of <u>October</u>, 2020, it is hereby Adjudged, Ordered and Decreed that Metlife Insurance Company shall distribute the total loss claim payment in the amount of $7,433.72 to Global Lending for the 2013 Buick Verano. Global Lending shall deliver the certificate of title for the 2013 Buick Verano to Metlife Insurance Company upon receipt of the total loss payment.

BY THE COURT,

_____ mas
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
    Addie P. Jackson
    Franklin L. Robinson, Jr., Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24546-JAD |
| Addie Jackson | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Addie Jackson, 132 Lisa Drive, Verona, PA 15147-1539 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Global Lending Services  LLC bnicholas@kmllawgroup.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Addie Jackson frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com |

District/off: 0315-2 User: lfin Page 2 of 2
Date Rcvd: Oct 22, 2020 Form ID: pdf900 Total Noticed: 1

Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 6