UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Addie Jackson | | |
| | Debtors(s) | |
| Global Lending Services LLC | | BK NO. 18-24546-jad |
| | Movant | |
| v. | | CHAPTER 13 |
| Addie Jackson | | |
| | Respondent | |
| and | | |
| Ronda J Winnecour | | |
| | Additional Respondent | |

**CERTIFICATE OF NO OBJECTION OR RESPONSE REGARDING MOTION OF
GLOBAL LENDING SERVICES LLC FOR CONFIRMATION THAT THE
AUTOMATIC STAY DOES NOT APPLY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Confirmation that the Automatic Stay Does not Apply, filed on March 24, 2021 at Doc. No. 55 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than April 12, 2021.

It is hereby respectfully requested that the Order attached to the Movant's Motion be entered by the Court.

Date: April 13, 2021

/s/ *Robert P Wendt*, Esquire
By: Robert P Wendt, Esquire
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant