FILED
4/21/21 12:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Addie Jackson | | **DEFAULT O/E JAD** |
| | Debtors(s) | |
| Global Lending Services LLC | | CASE NO. 18-24546-JAD |
| | Movant | |
| v. | | CHAPTER 13 |
| Addie Jackson | | |
| | Respondent | RELATED TO ECF NO. 55 |
| and | | |
| Ronda J Winnecour | | |
| | Additional Respondent | |

**ORDER CONFIRMING NO AUTOMATIC STAY**

The Court has considered the Motion for Confirmation of No Automatic Stay filed in this bankruptcy proceeding by Movant Global Lending Services LLC, reviewed the file herein and is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay arising under 362(a) is not applicable to the total loss claim payment arising from the loss of the 2013 Buick Verano with VIN 1G4PP5SK2D4240084, and it is further,

ORDERED, that Movant may apply the loss claim payment to its claim.

Signed this 21st day of April, 2021.

Jeffery A. Deller
United States Bankruptcy Judge

mas

CASE ADMINISTRATOR SHALL SERVE
    Robet P. Wendt, Esquire
    Addie Jackson
    Franklin L. Robinson, Jr., Esquire
    Ronda J. Winecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24546-JAD |
| Addie Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Addie Jackson, 132 Lisa Drive, Verona, PA 15147-1539 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Global Lending Services  LLC bnicholas@kmllawgroup.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Addie Jackson frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor Global Lending Services  LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                     User: lfin                                      Page 2 of 2
Date Rcvd: Apr 21, 2021                  Form ID: pdf900                                 Total Noticed: 1

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7