**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-24546-JAD |
|     Addie Jackson | : Chapter 13 |
|                 Debtor | : |
| | : |
| Carvana, LLC | : |
|                 Movant | : |
|     vs. | : |
| Addie Jackson | : |
|                 Debtors/Respondents | : |
|     and | : |
| Ronda J. Winnecour, Esquire | : |
|                 Trustee/Respondent | : |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST**

TO THE CLERK, U.S. BANKRUPCTY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

      PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of **Carvana, LLC** ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Bradley J. Osborne, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

Dated: 08/30/2021

                                            /s/ Bradley J. Osborne, Esquire
                                            Bradley J. Osborne, Esquire
                                            Attorney I.D. # 312169
                                            Hladik, Onorato & Federman, LLP
                                            298 Wissahickon Avenue
                                            North Wales, PA 19454
                                            Phone 215-855-9521/Fax 215-855-9121
                                            Email: bosborne@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-24546-JAD |
|    Addie Jackson | : Chapter 13 |
|         Debtor | : |
| | : |
| Carvana, LLC | : |
|         Movant | : |
|    vs. | : |
| Addie Jackson | : |
|         Debtors/Respondents | : |
|    and | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATE OF SERVICE**

    I, Bradley J. Osborne, Esquire., hereby certify that I caused to be served true and correct copies of the ENTRY OF APPEARANCE at the respective last known address of each person set forth below on **08/30/2021**:

Franklin L. Robinson, Jr., Esquire
Via ECF:
frobi69704@aol.com.com
*Attorney for Debtor*

Addie Jackson
132 Lisa Drive
Verona, PA 15147
Via First Class Mail
*Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
cmecf@chapter13trusteewdpa.com
*Trustee*

Date: 08/30/2021

    Respectfully Submitted,

    /s/ Bradley J. Osborne, Esquire
    Bradley J. Osborne, Esquire
    Attorney I.D. # 312169
    Hladik, Onorato & Federman, LLP
    298 Wissahickon Avenue
    North Wales, PA 19454
    Phone 215-855-9521/Fax 215-855-9121
    Email: bosborne@hoflawgroup.com