FILED
8/31/22 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   **ADDIE JACKSON** ) Case No. 18-24546 JAD
    )
    ) Chapter 13
   Debtor(s). )
    X Related to ECF 63, 68

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by: _____

☐ a motion to lift stay
    as to creditor  _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
☒ Amended Chapter 13 Plan dated     11-10-21

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Debtor(s) Plan payments shall be changed from $ to $ per month, effective ; and/or the Plan term shall be changed from ___ months to ___ months.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ **Trustee's Certificate of Default (at Doc 68) is treated as resolved by this Order.**
➢ **Amended plan dated 6-8-22 is withdrawn.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

DATED this 31st day of August, 2022

                                                                    _____
                                                                    Jeffery A. Deller         jah
                                                                    United States Bankruptcy Judge

Stipulated by:                                                Stipulated by:

/s/ Franklin L. Robinson, Jr.                          /s/ Owen W. Katz
_____                           _____
Counsel to Debtor                                         Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-24546-JAD
Addie Jackson | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Aug 31, 2022      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Addie Jackson, 132 Lisa Drive, Verona, PA 15147-1539 |
| 14953278 | + | County of Allegheny c/o Goerig Rutter, 437 Grant Street 14th Floor, Pittsburgh, PA 15219-6101 |
| 14953279 | + | County of Allegheny/John Weinstein, John Weinstein Allegheny CountyTreasurer, P.O. Box 643385, Pittsburgh, PA 15264-3385 |
| 14962497 | + | Global Lending, P.O.BOX 3367, Greenville, SC 29602-3367 |
| 14953281 | + | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14962499 | + | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 15004567 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14962500 | + | Luther Sales, 99 Sunnyside Blvd., Suite 101, Woodbury, NY 11797-2946 |
| 14953282 | + | Maiello,Brungo & Maiello LLP, Foxpointe 11, 100 Purity Road, Ste 3, Pittsburgh, PA 15235-4441 |
| 14962502 | + | Nationwide Recreation, P.O. Box 1028, Mandeville, LA 70470-1028 |
| 14953283 | + | Progessive Auto, P.O. Box 7247, Philadelphia, PA 19170-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 31 2022 23:50:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 31 2022 23:51:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14983011 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2022 23:57:29 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14962493 | + | Email/Text: documentfiling@lciinc.com | Aug 31 2022 23:50:00 | Comcast, 300 Corliss Street, Pittsburgh, PA 15220-4864 |
| 14999826 | + | Email/Text: ebnjts@grblaw.com | Aug 31 2022 23:50:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14985802 | | Email/Text: bankruptcy@glsllc.com | Aug 31 2022 23:50:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 14986176 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 31 2022 23:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14975661 | + | Email/Text: ebnpeoples@grblaw.com | Aug 31 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14985914 | + | Email/Text: bankruptcy@purchasingpower.com | Aug 31 2022 23:51:00 | Purchasing Power, LLC, Bankruptcy Department, 2727 Paces Ferry Road, SE, Building 2, Suite 1200, Atlanta, GA 30339-6143 |
| 14977176 | ^ | MEBN | Aug 31 2022 23:45:17 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

| 14983959 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 31 2022 23:46:59 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carvana, LLC |
| cr | | Global Lending Services, LLC |
| 14953280 | | Discount Pools Direct, 5066 S. Amherst Highway, Suite 120, VA 24512 |
| 14962496 | | Discount Pools Direct, 5066 S. Amherst Highway, Suite 120, VA 24512 |
| cr | *+ | Luther Sales, 99 Sunnyside Blvd. Suite 101, Woodbury, NY 11797-2946 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Purchasing Power, LLC, Bankruptcy Department, 2727 Paces Ferry Road, SE, Building 2 Suite 1200, Atlanta, GA 30339-6143 |
| 14962494 | *+ | County of Allegheny c/o Goerig Rutter, 437 Grant Street 14th Floor, Pittsburgh, PA 15219-6101 |
| 14962495 | *+ | County of Allegheny/John Weinstein, John Weinstein Allegheny CountyTreasurer, P.O. Box 643385, Pittsburgh, PA 15264-3385 |
| 14962498 | *+ | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14962501 | *+ | Maiello,Brungo & Maiello LLP, Foxpointe 11, 100 Purity Road, Ste 3, Pittsburgh, PA 15235-4441 |
| 14962503 | *+ | Progessive Auto, P.O. Box 7247, Philadelphia, PA 19170-0001 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor Carvana  LLC bosborne@hoflawgroup.com, ckohn@hoflawgroup.com |
| Brian Nicholas | on behalf of Creditor Global Lending Services  LLC bnicholas@kmllawgroup.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Addie Jackson frobi69704@aol.com flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | on behalf of Creditor Global Lending Services  LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Aug 31, 2022 Form ID: pdf900 Total Noticed: 22

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8