**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ADDIE JACKSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24546 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/21/2018 and confirmed on 01/31/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,306.24 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,301.24 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,710.00 | |
|    Trustee Fee | 1,419.72 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,129.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 2,096.01 | 391.90 | 0.00 | 391.90 |
|     Acct: D315 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 1,758.10 | 285.40 | 560.02 | 845.42 |
|     Acct: D315 | | | | |
|   PENN HILLS MUNICIPALITY (RE) | 422.08 | 70.26 | 112.11 | 182.37 |
|     Acct: 4957 | | | | |
|   LUTHER APPLIANCE & FURNITURE SALES | 5,980.30 | 5,228.17 | 3,125.83 | 8,354.00 |
|     Acct: 4353 | | | | |
|   NATIONWIDE RECREATION | 3,421.38 | 1,194.01 | 2,148.16 | 3,342.17 |
|     Acct: 6415 | | | | |
|   PURCHASING POWER LLC | 1,867.79 | 349.22 | 0.00 | 349.22 |
|     Acct: 6664 | | | | |
|   NATIONWIDE RECREATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6415 | | | | |
|   GLOBAL LENDING SERVICES LLC | 5,818.10 | 5,818.10 | 0.00 | 5,818.10 |
|     Acct: 6342 | | | | |
|   GLOBAL LENDING SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6342 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | | | | 19,283.18 |
| Priority | | | | | |
| | FRANKLIN L ROBINSON JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ADDIE JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ADDIE JACKSON | 5.00 | 5.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRANKLIN L ROBINSON JR ESQ | 3,710.00 | 3,710.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FRANKLIN L ROBINSON JR ESQ | 1,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: D315 | | | | |
| | PENN HILLS SD & PENN HILLS MUNIC (EIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: N9Z7 | | | | |
| | CARVANA LLC | 0.00 | 1,888.34 | 0.00 | 1,888.34 |
| | Acct: | | | | |
| | | | | | 1,888.34 |
| Unsecured | | | | | |
| | COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4272 | | | | |
| | DISCOUNT POOLS DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0480 | | | | |
| | PROGRESSIVE AUTO INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0480 | | | | |
| | UPMC HEALTH SERVICES | 247.59 | 0.00 | 0.00 | 0.00 |
| | Acct: 4957 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 621.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 2560 | | | | |
| | CACH LLC | 3,586.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 3349 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 1,057.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6025 | | | | |
| | CACH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GLOBAL LENDING SERVICES LLC | 4,879.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 6342 | | | | |
| | PAUL S MCGRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HLADIK ONORATO & FEDERMAN LLP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ADDED CREDITOR FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                 21,171.52

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 21,363.76 |
| UNSECURED | 10.392.67 |

Date: 04/11/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com